IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARNELL J. THOMAS,** | Case No. CV 14-04288-GW (AFM) |
| Petitioner, | **[PROPOSED] ORDER** |
| **v.** | |
| **M.L. MONTGOMERY,** | |
| Respondent. | |

Good cause appearing, IT IS HEREBY ORDERED that Respondent is granted leave to file an oversized Memorandum of Points and Authorities in support of the Answer to the Second Amended Petition for Writ of Habeas Corpus.

Dated:  1/7/2016

_____
Alexander F. MacKinnon
United States Magistrate Judge

LA2014613352
61817380.doc

1