**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TREVOR JOHNSON,<br><br>                    Petitioner,<br><br>        v.<br><br>KIMBERLY A. SEIBEL, Warden,<br><br>                    Respondent. | Case No. ED CV 15-00277 CBM (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED:  January 7, 2016

_____
CONSUELO B. MARSHALL
SENIOR UNITED STATES DISTRICT JUDGE