# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR JOHNSON,<br><br>    Petitioner,<br><br>  v.<br><br>KIMBERLY A. SEIBEL, Warden,<br><br>    Respondent. | Case No. ED CV 15-00277 CBM (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which objections have been made. Petitioner's objections are overruled. The Court accepts the findings and recommendations of the Magistrate Judge.

  IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; (2) petitioner's motion for summary judgment is denied (ECF No. 21); and (3) Judgment shall be entered denying the Petition and dismissing the action with prejudice.

DATED: January 7, 2016

                _____
                CONSUELO B. MARSHALL
               SENIOR UNITED STATES DISTRICT JUDGE